### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| STEPHEN SHUMAN, | § | Case No.: 4:20-cv-00503-SDJ |
| | § | |
| Plaintiff, | § | |
| | § | NOTICE OF SETTLEMENT |
| v. | § | |
| | § | |
| GC SERVICES, LP, | § | |
| | § | |
| Defendant. | § | |

**NOTICE IS HEREBY GIVEN** that Plaintiff STEPHEN SHUMAN ("Plaintiff") and Defendant GC SERVICES, LP ("Defendant") have reached settlement in the above-captioned action. Plaintiff anticipates filing a Notice of Voluntary Dismissal within forty-five (45) days once settlement documents are executed. Pending the Notice of Voluntary Dismissal, Plaintiff respectfully requests that all pending deadlines be vacated.

Dated:  August 27, 2020

RESPECTFULLY SUBMITTED,

/s/ Adam T. Hill
Adam T. Hill
The Law Office of Jeffrey Lohman, P.C.
28544 Old Town Front St., Ste. 201
Temecula, CA 92590
Tel. (657) 236-3525
Fax: (602) 857-8207
Email: AdamH@jlohman.com
Attorney for Plaintiff, Stephen Shuman

## CERTIFICATE OF SERVICE

      I hereby certify that on August 27, 2020, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed using the Court's CM/ECF system, which will notify all attorneys of record.

      /s/ Adam T. Hill
      Adam T. Hill
      The Law Office of Jeffrey Lohman, P.C.
      28544 Old Town Front St., Ste. 201
      Temecula, CA 92590
      Tel. (657) 236-3525
      Fax: (602) 857-8207
      Email: AdamH@jlohman.com
      Attorney for Plaintiff, Stephen Shuman