IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STEPHEN SHUMAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GC SERVICES, LP,<br><br>　　　　　Defendant. | Case No.: 4:20-cv-00503-SDJ<br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff STEPHEN SHUMAN ("Plaintiff") and Defendant GC SERVICES, LP ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

RESPECTFULLY SUBMITTED,

*/s/ Leah T. Rudnicki (with permission)*
Leah T. Rudnicki
State Bar No.: 2403387
THE RUDNICKI FIRM
6305 Waterford Blvd., Suite 325
Oklahoma City, Oklahoma 73118
Direct: (405) 445-7420
Fax: (405) 445-7421
Email: leah@rudnickifirm.com
*Counsel for Defendant*

*/s/ Adam T. Hill*
Adam T. Hill
The Law Office of Jeffrey Lohman, P.C.
28544 Old Town Front St., Ste. 201
Temecula, CA 92590
Tel. (657) 236-3525
Fax: (602) 857-8207
Email: AdamH@jlohman.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2020, a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was filed using the Court's CM/ECF system, which will notify all attorneys of record.

/s/ Adam T. Hill
Adam T. Hill
The Law Office of Jeffrey Lohman, P.C.
28544 Old Town Front St., Ste. 201
Temecula, CA 92590
Tel. (657) 236-3525
Fax: (602) 857-8207
Email: AdamH@jlohman.com
*Attorney for Plaintiff*